**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 32.210.80.250**

**ISP:** Frontier Communications
**Physical Location:** Shelton, CT

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/29/2016 14:00:21 | 58E3A9F2887F567A060D7EAF942E931F4C07E033 | Hotter Than Ever |
| 11/09/2016 12:36:15 | EF247F21F0D6BA96E64D569DB2B85E053059392B | Beauty In Blue |
| 09/04/2016 12:25:24 | 4BCA4258A51E3AC3B6F309A219C5906D706C83DC | Sexy En Noir |
| 08/01/2016 12:43:38 | BABE2BCE214D7F547F9FAAA5D8011ECB7A4A3AB5 | The Call Girl |
| 06/15/2016 12:10:25 | 6E0FCFE75AC68FD27B834E941B9E052E36F7CCD1 | Grow Up With Me |
| 06/05/2016 22:27:17 | 4C9F51B3BEE0A82400CB4BF54064A8537D3435C8 | Stay With Me |
| 05/26/2016 12:02:31 | DFA9937A960E75821C64792ABD503A61C546C4AF | Deep in Love |
| 04/25/2016 11:28:21 | 68665181ECC4EC0765C1B5A4BCE993C6F133771A | Kristin and Nine Unleashed |
| 01/23/2016 12:52:02 | C05CBB71A2BF4A571DCF461538FB489F07AF20D1 | Horsing Around |
| 11/12/2015 13:57:12 | 3A40DA866D2AB28621EAD54B43B8A03E170FBF01 | Dressed to Thrill |
| 10/07/2015 12:25:22 | E11EEBC6BC596C7C1C9C2BA91131EDC7A514C9B7 | Pretty Little Belle |
| 10/07/2015 12:24:44 | F4AAFC58C14889CFE1AA2E23EA4D0730C3FF8B69 | Three Way is the Best Way |

**Total Statutory Claims Against Defendant: 12**