## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MALIBU MEDIA, LLC,

                Plaintiff,

v.

JOHN DOE subscriber assigned IP address 32.210.80.250,

                Defendant.

Civil Action No. 3:17-cv-00221-VAB

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO QUASH/ MOTION FOR PROTECTIVE ORDER**

Plaintiff, Malibu Media, LLC, hereby files this Supplemental Authority in Support of Plaintiff's Opposition [CM/ECF 23] to Defendant, John Doe's Motion to Quash/Motion for Protective Order ("Defendant's Motion") [CM/ECF 22].

Attached hereto as Exhibit "A" is an order recently entered by this Court's Honorable Alvin W. Thompson on December 21, 2017, in Malibu Media, LLC v. John Doe, Civil No. 3:17-cv-279, denying Defendant's Motion to Quash in that case (the "Thompson Order").  Plaintiff raises the Thompson Order to the attention of the Court in this instant action because the argument in the Motion to Quash filed by Defendant in this action [CM/ECF 22] was substantively copied nearly word for word from Defendant's Motion to Quash filed as CM/ECF 14 in 3:17-cv-279, and denied in the Thompson Order.

Based on the attached Supplemental Authority, and Plaintiff's previously filed Opposition to the Motion to Quash [CM/ECF 23], Plaintiff respectfully requests the Court deny Defendant's Motion to Quash in the instant action.

No Oral Argument Requested

2

Dated:  December 30, 2017

Respectfully submitted,

By: /s/ Kevin T. Conway
Kevin T. Conway, Esq. (30364)
664 Chestnut Ridge Road
Spring Valley, NY. 10977
T: 845-352-0206
F: 845-352-0481
E-mail: kconway@ktclaw.com
*Attorneys for Plaintiff*