UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 32.210.80.250,<br><br>     Defendant. | Civil Action No. 3:17-cv-00221-VAB |

## NOTICE

On November 21, 2017, Alan J. Tyma of Ryan & Tyma, LLP., 231 Coram Avenue, Shelton, CT. 06484, made his appearance on behalf of Defendant, John Doe, subscriber assigned IP address 32.210.80.250 [CM/ECF 21].

Per this Court's Order on Pretrial Deadlines [CM/ECF 3] dated February 14, 2017, the deadline for the Parties to jointly file a Form 26(f) report was on January 2, 2018. The parties have conferred in accordance with Local Civil Rule 26(f) on December 19, 2017.

Plaintiff has completed its portion of the 26(f) Report and emailed it to Defendant's counsel on January 1, 2018, a copy of which is attached hereto. Plaintiff is awaiting Defendant's counsel completion of his portion of the report for submission to the Court in final form.

Dated:  January 4, 2018         Respectfully Submitted,

                      By: /s/ Kevin T. Conway, Esq.
                      Kevin T. Conway, Esq. (30364)
                      ktcmalibu@gmail.com
                      664 Chestnut Ridge Road
                      Spring Valley, NY 10977-6201
                      T: (845) 352-0206
                      F: (845) 352-0481
                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq.
