UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 32.210.80.250,<br><br>        Defendant. | Civil Action No. 3:17-cv-00221-VAB |

**PLAINTIFF'S UNOPPOSED REQUEST FOR AUTHORIZATION FOR PLAINTIFF'S CORPORATE REPRESENTATIVE TO ATTEND SETTLEMENT CONFERENCE VIA TELEPHONE**

Plaintiff, Malibu Media, LLC, hereby files this Unopposed Request for Authorization for Plaintiff's Corporate Representative to Attend Settlement Conference via Telephone and Incorporated Memorandum of Law, and states as follows:

1. The above-referenced action has been referred for a settlement conference before the Honorable Victor A. Bolden, United States District Judge, on February 22, 2018 at 10:30 a.m.

2. Plaintiff's corporate representative, an individual "fully authorized to decide all matters pertaining to the case" as defined by the Court's Settlement Conference Order [CM/ECF 37], requests permission to attend the settlement conference via a dedicated conference phone number.

3. Alan Tyma, Esq., counsel for Defendant, has been consulted about Plaintiff's request for the corporate representative to appear by telephone and has confirmed Defendant has no objection.

4. Plaintiff is a California Limited Liability Company with general counsel located in Florida. Therefore, either of the appropriate corporate representatives reside across the country making physical attendance at the settlement conference unduly costly and time consuming, considering there is a reasonable alternative as follows:

   a. The undersigned counsel for Plaintiff who has authority to make recommendations as to settlement will be physically present at the settlement conference; and,

   b. Plaintiff's corporate representative would be available during the entirety of the settlement conference via a dedicated conference phone number.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an Order permitting the Plaintiff's corporate representative to appear at the February 22, 2018, settlement conference via telephone. A proposed Order is attached hereto as Exhibit "A" for the Court's convenience.

Dated:  February 7, 2018                    Respectfully submitted,

                                            By: /s/ Kevin T. Conway
                                            Kevin T. Conway, Esq. (30364)
                                            664 Chestnut Ridge Road
                                            Spring Valley, NY. 10977
                                            T: 845-352-0206
                                            F: 845-352-0481
                                            E-mail: kconway@ktclaw.com
                                            *Attorneys for Plaintiff*